IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHERMAIN COLEMAN,

    Plaintiff,

v().                                                   C.A. NO.: 3:13-cv-02765-L

GO FRAC, LLC,

    Defendant.

_____/

**CLERK'S ENTRY OF DEFAULT**

IT APPEARING from the records of the above-entitled and numbered cause that service of the civil complaint has been made upon the Defendant, GO FRAC, LLC and it further appearing from the Plaintiff's Motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this _____ day of _____, 2013, DEFAULT is hereby entered against Defendant, GO FRAC, LLC.

_____
DEPUTY CLERK