IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHERMAIN COLEMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-2765-L** |
| | § | |
| **GO FRAC, LLC**, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On **August 23, 2013**, the clerk entered a default against **Go Frac, LLC**. No motion for default judgment has been filed. The court directs Plaintiff to move for entry of a Default Judgment against this Defendant by **November 29, 2013, 5:00 p.m.** Failure of Plaintiff to file a motion for default judgment by this date will result in dismissal of this action against Defendant pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**It is so ordered** this 14th day of November, 2013.

Sam A. Lindsay
United States District Judge

Order - Solo Page