IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHERMAN COLEMAN,

    Plaintiff,

v.                                                                         C.A. NO.: 3:13-cv-02765-L

GO FRAC, LLC,

    Defendant.

_____/

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

NOW COMES SHERMAN COLEMAN, Plaintiff herein, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby gives notice of dismissing the claims against GO FRAC, LLC in this action without prejudice.

                                                      Respectfully submitted,

                                                      **ROSS LAW GROUP**
                                                      1104 San Antonio Street
                                                      Austin, Texas 78701
                                                      Telephone:  (512) 474-7677
                                                      Facsimile:  (512) 474-5306
                                                      Charles@rosslawpc.com


                                                      /s/ Charles L. Scalise
                                                      **CHARLES L. SCALISE**
                                                      State Bar No.: 24064621
                                                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 1, 2013, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CMIECF participants:

Go Frac, LLC
CT Corporation System, Registered Agent
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

                /s/ Charles L. Scalise
                **CHARLES L. SCALISE**