IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHERMAIN COLEMAN,

    Plaintiff,

v.                                                                               C.A. NO.: 3:13-cv-02765-L

GO FRAC, LLC,

    Defendant.
_____/

## **ORDER**

On this day, the Court considered the Plaintiff's Notice of Dismissal without prejudice. Having considered the pleading, the Court hereby DISMISSES claims against GO FRAC, LLC without prejudice.

SIGNED this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE